**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

---------------------------------------------------------x   Case No. 3:18-cv-08253

JAKOB PADWA and MIRIAM PADWA,   NOTICE OF VOLUNTARY

        Plaintiff,   DISMISSAL

   v.

NATIONWIDE CREDIT INC. and CHASE BANK USA,

        Defendants,

---------------------------------------------------------x

Pursuant to Rule 41 (1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs Jakob Padwa and Miriam Padwa and their counsel hereby give notice that they voluntarily dismiss their claim against the Defendants Nationwide Credit Inc. and Chase Bank USA with each side to bear its own fees and costs.

Dated: July 5, 2018        Edward B. Geller, Esq., P.C. by

                                            Edward B. Geller, Esq.

                                            15 Landing Way

                                            Bronx, New York 10464

                                            Tel: (914)473-6783

                                            Attorney for Plaintiff